UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO.:   3:19cv-246-RGJ

LINCOLN HOSPITALITY INC.
d/b/a WINGFIELD INN & SUITES                                                        PLAINTIFF

v.

ARCH SPECIALTY INSURANCE COMPANY                                  DEFENDANT

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, LINCOLN HOSPITALITY INC. d/b/a WINGFIELD INN & SUITES, by and through their attorneys of record, J. Drew Houghton and Larry E. Bache, Jr., of the MERLIN LAW GROUP, P.A., and Defendant, ARCH SPECIALTY INSURANCE COMPANY, by and through its attorneys of record, William B. Orberson, Patricia C. Le Meur, and Sarah L. Clark, of the firm PHILLIPS PARKER ORBERSON ARNETT, PLC, and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate and agree that the above-captioned matter be dismissed with prejudice against the filing of a future action thereon, for the reason that the parties have entered into a compromise settlement. The parties therefore submit that this matter is concluded and respectfully request this Court to enter an administrative closing order as necessary.

Dated: August 18, 2020

Respectfully submitted,

| | |
|---|---|
| /s/ J. Drew Houghton | /s/ Patricia C. Le Meur (with permission) |
| J. Drew Houghton (admitted *Pro Hac Vice*) | William B. Orberson |
| Larry E. Bache Jr. (admitted *Pro Hac Vice*) | Patricia C. Le Meur |
| Merlin Law Group, P.A. | Sarah L. Clark |
| One Leadership Square | PHILLIPS PARKER ORBERSON & ARNETT, PLC |
| 211 N. Robinson Ave., Ste. 210 | |
| Oklahoma City, OK 73102 | 716 Main Street, Suite 300 |
| Telephone: (405) 218-1105 | Louisville, KY 40202 |
| Facsimile: (405) 218-1106 | Phone: (502) 538-9900 |
| Email: dhoughton@merlinlawgroup.com | Fax: (502) 587-1927 |
| lbache@merlinlawgroup.com | Email: worberson@ppoalaw.com |
| | plemeur@ppoalaw.com |
| | sclark@ppoalaw.com |

– and –

*Attorneys for Defendant*

Joe F. Childers
Bethany Baxter
Joe F. Childers & Associates
The Lexington Building
201 West Short Street, Suite 300
Lexington, Kentucky 40507
Phone: (859) 253-9824
Fax: (859) 258-9288
Email: Joe@Jchilderslaw.com
Bethany@Jchilderslaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure, a true and correct copy of the foregoing document was electronically filed with the court and service was effectuated by virtue of electronic filing to counsel of record on this 18th day of August, 2020.

/s/ J. Drew Houghton
J. Drew Houghton